| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Brennenstuhl, Henry B. | 2. Court or Organization District Court, Western District of Kentucky | 3. Date of Report 03/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge, full time | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

241 East Main St., Room 107
Bowling Green, KY 42101

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Blackacre Partners, LLP |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brennenstuhl, Henry B. | 03/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Kerrick, Stivers, Coyle, PLC | $66,108.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Self-employed marketing consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brennenstuhl, Henry B. | 03/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American National Bank | Personal loan | J |
| 2. | PNC Bank | Personal loan | None |
| 3. | First Federal Savings Bank | Co-signor on Blackacre Partnerss, LLP note related to investment real estate in Elizabethtown, KY | N |
| 4. | Kerrick, Stivers, Coyle PLC | Personal note guaranteeing departing partner's share of law firm indebtedness. | L |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brennenstuhl, Henry B. | 03/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Blackacre Partners, LLP invest. real estate, Eliabethtown KY | | None | O | Q | | | | | |
| 2. | American Funds EuroPacific Growth Fund-A mutual fund | | None | | | Sold | 06/21/12 | J | | |
| 3. | American Funds The Growth Fund of America mutual fund | | None | | | Sold | 06/21/12 | J | | |
| 4. | American Funds Smallcap World Fund A mutual fund | | None | | | Sold | 06/21/12 | J | | |
| 5. | American Funds Washington Mutual Investors Fund-A mut fund | | None | | | Sold | 06/21/12 | J | | |
| 6. | American Funds Bond Fund of America mutual fund | | None | | | Sold | 06/21/12 | J | | |
| 7. | American Funds EuroPacific Fund-A mutual fund | | None | | | Sold | 06/21/12 | K | | |
| 8. | American Funds The Growth Fund of America-A mutual fund | | None | | | Sold | 06/21/12 | J | | |
| 9. | American Funds The New Economy Fund-A mutual fund | | None | | | Sold | 06/21/12 | K | | |
| 10. | American Funds Smallcap World Fund-A mutual fund | | None | | | Sold | 06/21/12 | K | | |
| 11. | American Funds Capital World Growth and Income Fund-A | | None | | | Sold | 06/21/12 | J | | |
| 12. | American Funds Washington Mutual Investors Fund-A mut. fund | | None | | | Sold | 06/21/12 | K | | |
| 13. | American Funds the Bond Fund of America-A mutual fund | | None | | | Sold | 06/21/12 | J | | |
| 14. | American Funds EuroPacific Growth Fund mutual fund | | None | | | Sold | 06/21/12 | J | | |
| 15. | American Funds the New Economy Fund A mutual fund | | None | | | Sold | 06/21/12 | J | | |
| 16. | American Funds Smallcap World Fund-A mutual fund | | None | | | Sold | 06/21/12 | J | | |
| 17. | American Funds Capital World Growth & Income Fund mut. fund | | None | | | Sold | 06/21/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brennenstuhl, Henry B. | 03/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds Washington Mutual Investors Fund-A mut. fund | | None | | | Sold | 06/21/12 | J | | |
| 19. American Funds American High-Income Trust-A mutual fund | | None | | | Sold | 06/21/12 | J | | |
| 20. American National Bank - checking account | A | Interest | J | T | | | | | |
| 21. American National Bank - savings account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Brennenstuhl, Henry B. | 03/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section III. Non-Investment Income - there was no additional income received from Kerrick, Stivers, Coyle, PLC since the date of the initial disclosure report, however the amount listed on this report differs from the amount listed on the initial report and reflects the amount set forth in the final partner K-1form.

Section VII. Investments and Trusts - line 1, the date of the appraisal for the value of the real estate investment was 01/31/12.

Section VII. Investments and Trusts - lines 2-19, the mutual funds were sold and the proceeds directly invested in the Thrift Savings Plan. Consequently, there is no gain to report.

Section VII. Investments and Trusts - assets on lines 20-35 of the previous report are omitted because a change in family circumstances made them unreportable.

| Name of Person Reporting | Date of Report |
|---|---|
| Brennenstuhl, Henry B. | 03/13/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Henry B. Brennenstuhl**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544